JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

FILED
2008 MAY -8 P 4:03
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HRL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-08 00310 RMW |
| Plaintiff, ) | VIOLATION: 8 U.S.C. § 1326 - Illegal Re-entry Following Deportation |
| v. ) | |
| JOSE ANGEL MAGALLON-ZAMORA, ) | SAN JOSE VENUE |
| Defendant. ) | |

INFORMATION

The United States Attorney charges:

On or about September 25, 2007, the defendant,

JOSE ANGEL MAGALLON-ZAMORA,

an alien, previously having been arrested and deported from the United States on or about May 26, 1990, February 14, 2000, December 14, 2001, January 31, 2005, and May 6, 2005, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a reapplication by the defendant for admission into the United States, in violation of Title

//

INFORMATION

1 | 8, United States Code, Section 1326.

DATED: 5/7/08

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ David R. Callaway*
DAVID R. CALLAWAY
Deputy Chief, San Jose Branch

Approved as to form: *Benjamin Kennedy*
SAUSA Benjamin Kennedy

INFORMATION                    2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: NORTHERN DISTRICT OF CALIFORNIA

**FILED**
2008 MAY -8  P 4 04
E-FILING
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

DEFENDANT: JOSE ANGEL BRAVO-ZAMORA

DISTRICT COURT NUMBER: CR-08 00310 RMW    HRL

### OFFENSE CHARGED
Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): BENJAMIN KENNEDY

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS
PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:
Before Judge:

Comments: