AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

WAIVER OF INDICTMENT

Jose Angel Magallo-Zamora

CASE NUMBER: CR08-00310 RMW

I, Jose Angel Magallon-Zamora the above named defendant, who is accused of

8 U.S.C. § 1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____May 13, 2008____ prosecution by indictment and consent that the
                                   Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
         Judicial Officer