1
2
3
4
5
6
7                IN THE UNITED STATES DISTRICT COURT
8               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  U.S.A.,

11              Plaintiff,

12       v.

13  JOSE ANGEL MAGALLON-ZAMORA,

14              Defendant.

*E-FILED - 6/5/08*

CASE NO.: CR-08-00310-RMW

**CLERK'S NOTICE OF CONTINUANCE OF STATUS HEARING**

PLEASE TAKE NOTICE that the Status Hearing in the above-entitled matter which was previously set for June 9, 2008, has been continued to **June 30, 2008 @ 9:00 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

DATED: June 5, 2008

_____
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1  Copy of Order E-Filed to Counsel of Record:
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28