JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

CHAD M. MANDELL (ILBN 6286783)
Special Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5059
Facsimile: (408) 535-5066
E-mail: chad.mandell@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>JOSE ANGEL MAGALLON-ZAMORA,<br><br>            Defendant. | No. CR 08-00310 RMW<br><br>SUBSTITUTION OF ATTORNEY |

Please take notice that as of, June 2, 2008, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be counsel for the government.

      Special Assistant U.S. Attorney Chad M. Mandell
      150 Almaden Blvd., Suite 900
      San Jose, CA   95113
      Telephone: (408) 535-5059
      Email: chad.mandell@usdoj.gov

DATED: June 6, 2008                  Respectfully submitted,

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                        /s/
                                      CHAD M. MANDELL
                                      Special Assistant United States Attorney