***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte  **REPORTER:** Lee-Anne Shortridge

**DATE:** June 30, 2008  **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00310-RMW

**TITLE:** UNITED STATES OF AMERICA  -v- JOSE ANGEL MAGALLON-ZAMORA
   APPEARANCES:   (P) (C)

**PLTF:** AUSA: C. Mandell  **DEFT:** L. Vinnard for M. Araujo
   **INTERPRETER:**    L. Acre

**COURT ACTION: DISPOSITION/SENTENCING**

**Hearing Held. The defendant plead guilty to Count 1 of the Information. A Plea Agreement was executed in open court. SENTENCING: Defendant waived the preparation of a PSR. The Court sentenced the defendant to the custody of the B.O.P. for a period of 6 months. The defendant shall be placed on supervised release for a period of 3 years. The defendant shall pay to the government a special assessment in the amount of $100, which shall be due immediately. The Court did not impose a fine. See Judgment for specifics.**

   */s/ Jackie Garcia*
      JACKIE GARCIA
      **Courtroom Deputy**